1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  HEATHER M. THOMAS
   Certified Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2807

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      )  Cr. No. S-10-324 GGH
                                   )
13                 Plaintiff,      )
                                   )  ORDER DISMISSING
14        v.                       )  INFORMATION
                                   )
15  ANTHONY R. RODRIGUEZ,          )
                                   )  DATE:  October 4, 2010
16                 Defendant.      )  TIME:  9:00 a.m.
                                   )  JUDGE: Hon. Gregory G. Hollows
17  _____ )

18

19       It is Hereby Ordered that the plaintiff United States of

20  America's motion to dismiss the Information in the above-entitled

21  matter is GRANTED.

22       IT IS SO ORDERED.

23  DATED: October 5, 2010

24

25                          _____  /s/ Gregory G. Hollows

26                                      _____
                                        HON. GREGORY G. HOLLOWS
27                                      United States Magistrate Judge
   rodriguez324.ord
28